FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 3 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00679 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CARY GAGAN,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Corr. Fac.,

    Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a letter to the court, a document titled "Applicant Cary Gagan's Motion to Proceed on the Original," and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   **X**   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   **X**   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.
(10)   **X**   other: **Motion is necessary only if $5.00 filing fee is not paid in advance.**

**Complaint, Petition or Application:**
(11)   ___   is not submitted
(12)   ___   is not on proper form (must use the court's current form)
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   An original and a copy have not been received by the court. Only an original has been received.
(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___   names in caption do not match names in text
(19)   ___   other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following form: Prisoner's Motion and

2

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 19th day of March, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-CV-00679

Cary Gagan
Prisoner No. 58938
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action** to the above-named individuals on 3/23/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk