IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00679-BNB

CARY GAGAN,

Applicant,

v.

KEVIN MILYARD, Warden, Sterling Corr. Fac.,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Cary Gagan, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. Mr. Gagan has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he challenges the validity of his conviction in Arapahoe County District Court case number 01CR525. The court must construe the application liberally because Mr. Gagan is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Gagan will be ordered to file an amended application.

The court has reviewed the application and finds that it is deficient because Mr. Gagan is challenging the validity of a state court conviction and sentence rather than the execution of his sentence. More specifically, Mr. Gagan claims that he was denied his constitutional right to counsel in the state court criminal proceedings. As a result, the claim he is raising in this action properly is asserted pursuant to 28 U.S.C. § 2254

rather than 28 U.S.C. § 2241. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Because Mr. Gagan has not filed an application for a writ of habeas corpus pursuant to § 2254, he will be ordered to file an amended application on the proper form if he wishes to pursue his claim in this action. Accordingly, it is

ORDERED that Mr. Gagan file **within thirty (30) days from the date of this order** an amended pleading on the proper 28 U.S.C. § 2254 form. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Gagan, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Gagan fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice. It is

FURTHER ORDERED that the motion to proceed on the original filed by Mr. Gagan on March 23, 2010, is DENIED because Mr. Gagan is being directed to file an amended pleading.

DATED March 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00649-BNB

Cary Gagan
Prisoner No. 58938
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 3/26/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk